NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5036

ATK THIOKOL, INC. (now known as ATK Launch Systems Inc.),

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims
in 99-CV-440, Judge Susan C. Braden.

ON MOTION

O R D E R

Upon consideration of the appellee's motion to revise the official caption,

IT IS ORDERED THAT:

The motion is granted and the revised official caption is reflected above.

FOR THE COURT

MAR 13 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Thomas A. Lemmer, Esq.
Robert E. Chandler, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 13 2009

JAN HORBALY
CLERK